AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ROBERT E. DIXON,

**Aug 08, 2024**

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| AMANDA COLE, A. HOGAR, C. KAIROS, JOHN NEAU, and SHANE RIRIE, | ) |
| *Defendant* | ) |

Civil Action No.   4:24-CV-5003-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   All claims and causes of action in this matter are DISMISSED with prejudice.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge          Thomas O. Rice

Date:  8/8/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Nicole Cruz

*(By) Deputy Clerk*

Nicole Cruz